Appellant, Impleaded, etc.— Judgment affirmed. Opinion by Haight, J. ; Barker, J., not sitting.

Frederick Zimmer, as Administrator, etc., Respondent, v. Caroline E. Wheeler and another, Appellants.—Judgment and order affirmed. Opinion by Barker, J.

Ashton M. Park, Respondent, v. Charles C. Clark, Appellant.—Judgment affirmed. Opinion by Barker, J.

Mary F. Davis, Administratrix, etc., Respondent, v. The Chautauqua Lake Sunday School Assembly, Appellant. —Judgment and order affirmed. Opinion by Barker, J.

Johanna Frank, as Administratrix, etc., Appellant, v. Ira L. Otis and others, Respondents.— Judgment and order reversed and new trial granted, with costs to abide event. Opinion by Smith, P. J. ; Barker, J., not sitting.

Elizabeth Ackerman, as Guardian, etc., Respondent, v. Henry C. Ackerman, Appellant.— Decree affirmed, with costs. Opinion by Haight, J.; Barker, J., not sitting.

James Laney and others, Respondents, v. Maggie Lynch, Appellant.—Judgment of the County Court and that of the Municipal Court reversed. Mem. by Bradley, J.; Barker, J., not sitting.

The Metropolitan Manufacturing Company, Respondent, v. Joseph W. Dunning and others, Appellants.—Judgment affirmed. Opinion by Smith, P. J.; Barker, J., not sitting.

John E. Savery, Appellant, v. Robert G. Ingersoll, Respondent.—Motion for new trial granted, with costs to abide event. Opinion by Haight, J.; Barker, J., not sitting.

Susan M. Hall, Respondent, v. Frank H. Oakleaf, Appellant. — Judgment affirmed, with costs.

Edwin A. Barnes, Appellant, v. Harvey E. Light, Respondent.—Judgment affirmed. Opinion by Haight, J.

David C. Rockwood, Appellant, v. Frank H. Oakleaf, Respondent. — Judgment affirmed. Opinion by Barker, J.

Sarah Tomlinson, Respondent and Appellant, v. Catherine S. Seifert, Respondent and Appellant. —Judgment affirmed, without cost of the appeal to either party. Opinion by Bradley, J. ; Barker, J., not sitting.

Same v. Same. —Judgment affirmed, without costs of the appeal to either party.

John Simpson, Respondent, v. The Bank of Commerce of Buffalo, Appellant, Impleaded, etc.— Declined to be considered, on the ground that the case does not appear to have been settled by the judge.

Fred. B. Keeney, Appellant, v. Henry A. Swan and others, Respondents. — Judgment affirmed. Opinion by Haight, J. ; Barker, J., not sitting.

George Hess, as Receiver, etc., v. of Francis M. Stryker, Appellant, v. George Blakesley and another, Respondents. — Judgment affirmed, with costs. Opinion by Bradley, J. ; Barker, J., not sitting.

Mavor Martin, Respondent, v. Milton Brown, Appellant. — Judgment and order affirmed. Opinion by Smith, P. J. ; Barker, J., not sitting.

Henry R. Granger, Appellant, v. Electa M. Granger, Respondent. — Motion for new trial granted, with costs to abide event. Opinion by Haight, J. ; Barker, J., not sitting.

Electa Town, Respondent, v. John King, Jr., Appellant. — Judgment affirmed. Opinion by Bradley, J. ; Barker, J., not sitting.

Louis Boldt, an Infant, by Guardian, Respondent, v. William D. Murray and others, Appellants. —Judgment and order affirmed. Opinion by Bradley, J.; Haight, J., not sitting.

The People of the State of New York, Respondent, v. John Johnson, Appellant. —Judgment and orders affirmed, and proceedings remitted to the Court of Sessions of Erie county, to proceed thereon.

H. Nelson Curtiss, Appellant, v. Amasa B. West, Respondent. — Order affirmed, with ten dollars costs and disbursements, on the opinion of Werner, special county judge; Barker, J., not sitting.

Edward H. Harris and another, Appellants, v. Frank C. Fox and another, Respondents. — Order appealed from modified, so far as to allow the plaintiffs, if they choose, to serve within ten days an amended complaint, containing the matter which was struck out by order of October 5, 1885, on payment by plaintiffs, to the defendants, of ten dollars costs of opposing the motion below, and of ten dollars costs and disbursements of this appeal, the defendants to have twenty days to answer, but in case the plaintiff omits to do so, then the order appealed from is affirmed, with ten dollars costs and disbursements.

George W. Doty v. John C. Clint, Impleaded, etc. — Order affirmed, with ten dollars costs and disbursements. Opinion by Bradley, J.; Barker, J., not sitting.

Reuben O. Smith, Respondent, v. J. Foster Parkhurst and another, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Haight, J.

In the Matter of the Application of the New York, Lake Erie and Western Railroad Company, to acquire lands of Eben C. Sprague and others. — Order modified, by reducing the amount allowed as the reasonable costs and expenses of the land-owners in this proceeding to $2,250, and as so modified affirmed, without costs of this appeal to either party. Haight, J., not sitting; Bradley, J., not voting.

Lewis J. Godard, as Receiver, etc., Appellant, v. Stephen Stiles, Respondent. —Order reversed, with ten dollars costs and disbursements, with leave to the defendant to renew the motion on notice to the plaintiff and to the personal representatives of William M. Silvernail, and it may be heard on the same papers used by the respective parties on the former hearing of the motion, with or without other papers, as they may be advised. Opinion by Bradley, J. ; Barker, J., not sitting.

Fred. Maier v. Daniel Havens, Jr. — Order modified by striking out the direction to the defendant to indorse and deliver to the receiver the five hundred dollar certificate of the Exchange National Bank of Seneca Falls, and the direction to him to deliver his book of deposit in the Seneca Falls Savings Bank to the receiver, and to draw and deliver to him his check for $175 upon such bank, and the provisions of the order relating to such direction, and as so modified the order is affirmed, without costs to either party. Held, that the fund represented by the certificate of deposit, a savings bank book of deposit, is pension money granted to the defendant for military services and as such is exempt from this proceeding. (Code Civil Pro., § 1393 ; *Burget, v. Fancher*, 35 Hun, 647 ; *Stockwell* v. *National Bank of Malone* 36 Hun, 583.) The defendant's transactions with the bank do not appear to have been designed as loans to them.

The People of the State of New York *ex rel.* Ed. Ralston v. Albert N. Stickney, as Keeper of the Erie County Penitentiary. — Order reversed and application for discharge granted.

The People of the State of New York *ex rel.* Charles Burton v. Same. — Like order.

The People of the State of New York *ex rel.* James Maney v. Same. — Like order.

The People of the State of New York *ex rel.* James Harny v. Same. — Like order.

The People of the State of New York *ex rel.* John Williams v. Same. — Like order.

The People of the State of New York *ex rel.* Fred. Thompson v. Same. — Like order.

The People of the State of New York *ex rel.* Daniel Kelly v. Same. — Like order.